UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

In Re:

Michael A. Sokoloski and Victoria Sokoloski

Order Filed on December 19, 2014
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____10-36748 GMB_____

Adv. No.: _____

Hearing Date: _____1/6/2015_____

Judge: _____Gloria M. Burns_____

# ORDER SHORTENING TIME PERIOD
# FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) and three (3), is hereby ORDERED.

**DATED: December 19, 2014**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Case 10-36748-GMB    Doc 82-5    Filed 12/10/14    Entered 12/10/14 10:04:52    Desc Proposed Order    Page 2 of 3

Upon consideration of the application of _____Michael and Victoria Sokoloski_____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on _____Motion to Sell_____ is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____January 06, 2015_____, 20 _14_ at 10:00 a.m..m. in the United States Bankruptcy Court _____Mitchell Cohen Federal Court House,1 John F. Gerry Plaza_____, Courtroom No. ___4C___ .

3. True copies of this order, the application for it, and the moving papers shall be served upon _all creditors, lien holders Target National Bank & Capital One Bank, Trustee_ by:

- ☒ fax, or       ☒ overnight mail,
- ☒ email,        ❏ hand delivery,
- ❏ regular mail,

and within

❏ _____ day(s) of the date hereof, or
☒ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

5. Any objections to said motion/application:

    ❏    shall be filed and served so as to be received no later than _____

    ☒    may be presented at the hearing.

6.    ☒    Court appearances will be required to prosecute said motion/application and any objections.

    ☒    Any objector may appear by telephone at the hearing.

    ❏    The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                           Case No. 10-36748-GMB
Michael A. Sokoloski                                             Chapter 13
Victoria Sokoloski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: cfowler              Page 1 of 1              Date Rcvd: Dec 19, 2014
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2014.
db/jdb         +Michael A. Sokoloski,    Victoria Sokoloski,    420 Pepper Mill Ct,    Sewell, NJ 08080-2961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2014 at the address(es) listed below:
              Daniel S. Siedman    on behalf of Creditor    U.S. Bank N.A., in its capacity as Trustee
               dsiedman@ciardilaw.com, dtorres@ciardilaw.com
              Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank N.A.,in its capacity as Trustee for the
               registered holders of CSFB Home Equity Pass-Through Certificates, Series 2005-FIX1
               cblack@udren.com, ewassall@udren.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jenel R. Marraccini    on behalf of Creditor    Canterbury Mews Condominium Association
               jenel@cohenwillwerth.com, melissa@cohenwillwerth.com
              Joseph J. Rogers    on behalf of Joint Debtor Victoria  Sokoloski jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Michael A. Sokoloski jjresq@comcast.net,
               jjresq1@comcast.net
              Marlena Miller    on behalf of Creditor    Canterbury Mews Condominium Association
               mmiller@theassociationlawyers.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 9